# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

ANTHONY NUGENT, Petitioner,

*Plaintiff(s)*

v.

J. SAAD, Warden, Respondent.

Civil Action No. 5:16-CV-75

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☒ Other

other:

This action was:
☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation of the Magistrate Judge is AFFIRMED and ADOPTED; the Writ of Habeas Corpus under 28 U.S.C. Section 2241 is DISMISSED WITHOUT PREJUDICE; Petitioner's Objections are OVERRULED; Petitioner's post-objection motions are DENIED AS MOOT, and this civil action is DISMISSED WITHOUT PREJUDICE and STRICKEN from the active docket of this Court;

Date: August 28. 2018

CLERK OF COURT
Cheryl Dean Riley

By: *A. O. Abraham*
Signature of Clerk or Deputy Clerk

FILED
AUG 28 2018
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003